UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| RONALD L. MADDEN, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | 1:06-CV-213 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| CHATTANOOGA CITY WIDE SERVICE | ) | |
| DEPARTMENT, and the following persons | ) | |
| in their individual and official capacities, | ) | |
| STEVE LEACH, WAYNE WILKERSON, | ) | |
| LEE NORRIS, JOE SHAW, JAMES H. | ) | |
| TEMPELTON, BILL NEIGHBORS, TONY | ) | |
| L. BOYD, LU ANN HAWK, DARRELL | ) | |
| HARPER, JEROME WIGGINS, GEORGE | ) | |
| E. CLAIBORNE, JR., ALBERT LLOYD, | ) | |
| and ANTHONY MITCHELL, | ) | |
| | ) | |
|     *Defendants*. | ) | |

## ORDER

United States Magistrate Judge William B. Mitchell Carter filed his report and recommendation in this case pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 55). None of the parties filed objections within the given ten days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** Plaintiff's motion to amend his complaint to join Elliot Peigon as a defendant (Court File No. 49) is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**